MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR M. ORTEGA,<br><br>        Plaintiff,<br><br>  v.<br><br>SMARTPAY LEASING, LLC,<br><br>        Defendant. | Case No. 2:19-cv-01083-FMO-AGR<br><br>**STIPULATION DISMISSAL WITH PREJUDICE** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff HECTOR M. ORTEGA and the Defendant SMARTPAY LEASING, LLC through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

1

|   |   |   |
|---|---|---|
| 1 | Dated: August 13, 2019 | Respectfully Submitted, |
| 2 | **HECTOR M. ORTEGA** | **SMARTPAY LEASING, LLC** |
1

Dated: August 13, 2019                    Respectfully Submitted,

2

**HECTOR M. ORTEGA**                      **SMARTPAY LEASING, LLC**

3

4

*/s/ Marwan R. Daher*                     */s/ Goli Mahdavi (with consent)*
Marwan R. Daher                           Goli Mahdavi
*Counsel for Plaintiff*                   *Counsel for Defendant*

5

Sulaiman Law Group, LTD                   Bryan Cave Leighton Paisner LLP

6

2500 S. Highland Ave., Ste. 200           3 Embarcadero Center, 7th Floor

7

Lombard, Illinois 60148                   San Francisco, California 94111
Phone: (630) 575-8181                     Phone: (415) 675-3400

8

mdaher@sulaimanlaw.com                    goli.mahdavi@bclplaw.com

9

*Attorney for Plaintiff*                  *Attorney for Defendant*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28