MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR M. ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMARTPAY LEASING, LLC,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01083-FMO-AGR<br><br>**ORDER ON STIPULATION [16]** |

Plaintiff, HECTOR M. ORTEGA ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court Sulaiman Law Group, Ltd. having filed with this Court his Agreed Stipulation of Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: August 13, 2019

/s/  Fernando M. Olguin
_____
Judge, U.S. District Court

1